BERKOWITZ & WEITZ LAW, P.C.

*Attorneys at Law*

*White Plains Office:*
199 Main Street, Suite 801
White Plains, N.Y. 10601

TELEPHONE: (212) 240-3880
FACSIMILE: (646) 607-8300
EMAIL: mail@bwnylaw.com

*Manhattan Office:*
150 Broadway, Suite 909
New York, N.Y. 10038


*Please direct all correspondence to White Plains office*

July 28, 2026

**By ECF & Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Garcia v. 5iftytwo Capital,LLC, et al.*, 26-cv-04301(KPF)

Honorable Judge Failla:

After conferring with the Court as well as counsel for Defendants, I am writing to request a 30-day adjournment of tomorrow's initial pretrial conference.

Defendant Elements Accessories Inc has not yet filed an Answer, and it would be prudent to permit Defendant additional time to answer rather than entering into a Civil Case Management Plan and Scheduling Order without the consent of all parties.

I thank the Court for its attention to this matter.

Respectfully submitted,

Andrew D. Weitz
Berkowitz & Weitz Law, P.C.
*Attorney for Plaintiff*
ANDREYNA GARCIA
212-240-3880
adw@bwnylaw.com

cc: All Counsel of Record
**(via ECF)**

Application GRANTED.

The initial pretrial conference currently scheduled for July 29, 2026, is hereby ADJOURNED to **September 2, 2026**, at **12:00 p.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated: July 28, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE