# BERKOWITZ & WEITZ LAW, P.C.

*Attorneys at Law*

*White Plains Office:*
199 Main Street, Suite 801
White Plains, N.Y. 10601

TELEPHONE: (212) 240-3880
FACSIMILE: (646) 607-8300
EMAIL: mail@bwnylaw.com

*Manhattan Office:*
150 Broadway, Suite 909
New York, N.Y. 10038


*Please direct all correspondence to White Plains office*

August 31, 2026

**By ECF & Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Garcia v. 5iftytwo Capital,LLC, et al.*, 26-cv-04301(KPF)

Honorable Judge Failla:

After conferring with counsel for Defendants, I am writing to request that the Court adjourn Wednesday's initial pretrial conference and allow the parties to proceed directly to discovery.

The proposed Case Management Plan and joint letter in this action were filed on July 23, 2026. The parties were able to mutually agree on the Case Management Plan and do not have any specific issues to raise before the Court.

I thank the Court for its attention to this matter.

Respectfully submitted,

Andrew D. Weitz
Berkowitz & Weitz Law, P.C.
*Attorney for Plaintiff*
ANDREYNA GARCIA
212-240-3880
adw@bwnylaw.com

cc: All Counsel of Record
**(via ECF)**

The Court understands that the parties wish to adjourn the initial pretrial conference pursuant to the Court's Individual Rule of Practice in Civil Cases 3.B. That application is GRANTED. The initial pretrial conference currently scheduled for September 2, 2026, is hereby ADJOURNED *sine die*.

The Court will endorse the parties' proposed case management plan under separate cover. Although the proposed case management plan only bears the name of Andrew D. Weitz, counsel for Plaintiff (Dkt. #8-1), the Court will deem the case management plan to be binding on Plaintiff and all three Defendants, based on Mr. Weitz's representation that the parties were able to mutually agree on the case management plan.

If any Defendant objects to the case management plan, their counsel is instructed to file a notice of appearance (if they have not done so already) and notify the Court promptly of their grounds for objection.

The parties are ordered to appear for a post-fact discovery pretrial conference, to be held telephonically, on **December 16, 2026, at 12:00 p.m.** At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated: September 1, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE